GRAHAM, executrix, *v.* TUTEN, administrator, *et al.*

FISH, C. J. The controlling questions in this case were involved in *Weaver* v. *Tuten,* 144 *Ga.* 8 (85 S. E. 1048), and were there adjudicated adversely to the contentions relied on by the plaintiff in error here. An interlocutory injunction was properly refused.

*Judgment affirmed. All the Justices concur.*
AUGUST 17, 1917.

Petition for injunction. Before Judge Sheppard. Appling superior court. August 8, 1916.

*W. W. Bennett,* for plaintiff.

*Padgett & Watson,* for defendants.